RECEIVED IN ALEXANDRIA, LA
JAN 03 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK THOMAS,<br>    Plaintiff | CIVIL ACTION<br>Section "P"<br>NO. CV05-1222 |
| VERSUS | |
| FEDERAL BUREAU OF PRISONS,<br>ET AL.,<br>    Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss be granted and Thomas' complaint be DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of January, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

9